UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOFARO & REISER, L.L.P.<br>55 Hudson Street<br>Hackensack, New Jersey 07601<br>GR/4439<br>(201) 498-0400<br>Attorneys for Habir S. Riar, Riar Petroleum Corp., and Shan & Co. | |
| In Re:<br><br>RABINDER SINGH &<br>NAVNEET K. RIAR,<br><br>Debtors.<br>_____<br><br>ARVIND WALIA,<br><br>Plaintiff,<br><br>Vs.<br><br>RABINDER SINGH, a/k/a RABINDER S. RIAR;<br>NAVNEET K. RIAR, a/k/a NAVNEET SINGH;<br>HARBIR S. RIAR; RIAR PETROLEUM CORP.; and<br>JOHN DOE CORPORATIONS 1-99, and SHAN & CO.,<br>Defendants. | Chapter 7<br><br>Case No. 02-41704 (DHS)<br><br><br><br><br>Adv. Pro. No. 03-2810 (DHS)<br><br><br>Judge: Donald H. Steckroth |

**NOTICE OF APPEAL**

Harbir S. Riar, Riar Petroleum Corp., and Shan & Co, defendants, appeal to the United States District Court from the Opinion and Order entered in this adversary proceeding on July 25, 2005, Docket Nos. 53 and 54, which became a final order pursuant to *28 U.S.C. §158(a)*(1) by virtue of the Opinion and Order entered in this adversary proceeding on October 4, 2007, Docket Nos. 90 and 91.

The names of all parties to the Opinion and Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

> Eric R. Perkins, Esq.
> NICOLETTE & PERKINS, P.A.
> 3 University Plaza, 5th Floor
> Hackensack, New Jersey 07601
> (201) 488-9080
> (Attorneys for Plaintiff)

# 94

Stacy Meisel, Esq.
BECKER MEISEL, LLC
Eisenhower Plaza II
354 Eisenhower Parkway – Suite 2800
Livingston, New Jersey 07039
(973) 422-1100
(Chapter 7 Trustee)

Rabinder S. Singh a/k/a Rabinder S. Riar
158 Frank Lane
Paramus, New Jersey 07652
(Defendant *Pro Se*).

                                                Respectfully submitted,

                                                LOFARO & REISER, L.L.P.
                                                Attorneys for Harbir S. Riar, Riar Petroleum
                                                   Corp., and Shan & Co.

                                                By: /s/ Glenn R. Reiser
                                                     Glenn R. Reiser

Dated:  October 10, 2007