UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY



FILED
JAMES J. WALDRON, CLERK
JUL 2 6 2005
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | |
|---|---|
| In Re:<br><br>Rabinder Singh and Navneet K. Riar,<br><br>                  Debtors. | Case No.: 02-41704 (DHS)<br><br>Adv. No.: 03-02810 (DHS)<br><br>Hearing Date:<br><br>Judge: Donald H. Steckroth, U.S.B.J. |
| Arvind Walia,<br><br>                  Plaintiff,<br><br>v.<br><br>Rabinder Singh, a/k/a Rabinder S. Riar;<br>Navneet K. Riar, a/k/a Navneet Singh;<br>Harbir S. Riar; Riar Petroleum Corp.; and<br>John Doe Corporations 1-99, and Shan & Co.,<br><br>                  Defendants. | |

## ORDER

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

July 26, 2005

Page 2
Debtor:            Rabinder Singh and Navneet K. Riar
Case No.:         02-41704  (Adv. Pro. No. 03-2810)
Caption of Order: Order

This matter having been opened to the court upon motion of non-debtor Defendants Harbir Riar, Riar Petroleum Corp., and Shan & Co. ("Riar Defendants)" to dismiss the adversary complaint of Plaintiff Arvind Walia ("Plaintiff"), Debtor Defendant Rabinder Singh joining in the motion, and the Court having reviewed the pleadings and opposition to the motion filed in this matter by Plaintiff Arvind Walia, and having heard the arguments of counsel, and for the reasons set forth in the Court's Letter Opinion of July 26, 2005, and for good cause shown, it is

ORDERED that a hearing be held on September 29, 2005, at 10:00 a.m., to determine whether the Plaintiff's claim is secured or unsecured; and that Plaintiff has the burden of going forward in proof of the secured status of his claim at such hearing; and it is further

ORDERED that the Chapter 7 Trustee be joined as a party in interest so that she may, if she so elects, pursue an avoidance action for the benefit of the estate under § 544(b) should the claim ultimately be deemed unsecured.