# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
08-3157

In Re: Rabinder Singh

2-07-cv-05541

# O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/ petitioner failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

Marcia M. Waldron, Clerk

A True Copy:

Marcia M. Waldron, Clerk

Glenn R. Reiser Esq.

Dated: February 13, 2009